IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DONALD A. PETERSON and LORI HILDMEYER, | ) ) ) Civil Action No. 6:18-cv-00084-Orl-31DCI |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| PNC BANK, N.A., | ) ) |
| Defendant._____/ | ) ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
A SUR-REPLY TO DEFENDANT'S REPLY (ECF No. 94)**

The purpose of a reply is to rebut new law or facts raised in an opposing party's brief. Defendant's reply presents new facts and evidence to support its motion to disqualify and for sanctions against Plaintiffs' counsel. (ECF No. 76). Good cause exists to grant leave and allow the Plaintiffs to address the new facts and evidence raised by the Defendant. Plaintiffs reply will not exceed (5) pages.

**MEMORANDUM OF LAW**

The Middle District of Florida's local rules state: "No party shall file any reply or further memorandum directed to the motion or response ... unless the Court grants leave." M.D. Fla. Local Rule 3.01(c). "The purpose of a reply brief is to rebut any new law or facts contained in the oppositions response to a request for relief before the Court." *Tardif v. People for Ethical Treatment of Animals*, 2:09-CV-537-FTM-29, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011).

In its reply, Defendant points to a recent motion to compel filed by Plaintiffs' foreclosure counsel, Scott Smothers, on November 26, 2018. (ECF No. 94). Defendant included the filing as

an exhibit, along with correspondence between Mr. Smothers and Defendant's counsel. (ECF No. 94-2, 94-4). These events took place after the parties fully briefed the motion to disqualify, and after the Court held a hearing on the motion. Defendant uses these new facts and evidence to support the relief sought in its motion to disqualify and for sanctions. Plaintiffs' reply will rebut the new facts and evidence and show why the drastic relief sought in the Defendant's motion should be denied. Further, at the hearing on Defendant's motion, the Court indicated that it would allow the Plaintiffs to respond if the Defendant filed any supplemental brief. The Plaintiffs ask that they be allowed to respond to the Defendant's supplemental filing.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, counsel for Plaintiffs conferred with opposing counsel who did not consent, nor did she oppose the relief sought by this motion.

**WHEREFORE,** Plaintiffs respectfully move this Court to grant leave and allow the Plaintiffs to file a sur-reply that will not exceed (5) pages.

Respectfully submitted,
December 13, 2018,

CONSUMER LAW ORGANIZATION, P.A.
721 US Highway 1, Suite 201
North Palm Beach, Florida 33408
Telephone: (561) 822-3446
Facsimile: (305) 574-0132

*/s/ Darren Newhart*
DARREN R. NEWHART, ESQ.
Fla. Bar No.: 0115546
darren@cloorg.com

*/s/ J. Dennis Card, Jr.*
J. DENNIS CARD, JR., ESQ.
Fla Bar No.: 0487473
dennis@cloorg.com

## **CERTIFICATE OF SERVICE**

I certify that on this day of 13th day of December, 2018, a copy of the foregoing was filed via the Court's Electronic Filing system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Darren Newhart*
Fla. Bar No.: 0115546