**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | | |
|---|---|---|
| DONALD A. PETERSON and LORI HILDMEYER, | ) | Civil Action No. 6:18-cv-00084-Orl-31DCI |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PNC BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

_____

**JOINT NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

Notice is hereby given that Plaintiffs, Lori Hildmeyer and Donald Peterson, and attorneys J. Dennis Card and Darren R. Newhart, in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from: the Court's Order (ECF No. 99) entered on January 22, 2019; Magistrate Daniel Irick's Report & Recommendation (ECF No. 100) entered on January 24, 2019; the Court's Order adopting, in part, the Report & Recommendation entered on May 8, 2019; the Court's Memorandum Opinion and Order (ECF No. 139) entered on July 11, 2019; the Court's Judgment (ECF No. 140) entered on July 12, 2019; and all other non-final orders that produced the judgment. *Barfield v. Brierton*, 883 F.2d 923, 930-31 (11th Cir. 1989) (finding that "the appeal from a final judgment draws in question all prior non-final orders and rulings which produced the judgment.") Copies of the relevant docket entries are attached as Composite Exhibit "A."

Dated: August 9, 2019

ZEBERSKY PAYNE, LLP
110 S.E. 6th Street, Suite 2150
Fort Lauderdale, FL 33301
Telephone: (954) 595-6060
Facsimile:  (954) 989-7781

*/s/ Jordan A. Shaw*
JORDAN A. SHAW, ESQ.
Fla. Bar No.: 117771
jshaw@zpllp.com
mperez@zpllp.com

NICK WOOTEN, LLC
4935 Bay Hill Drive
Conway, Arkansas 72034
Telephone: (334) 497-2132

*/s/Nick Wooten*
NICK WOOTEN, ESQ.
*Pro Hac Vice*
nick@nickwooten.com

CONSUMER LAW ORGANIZATION, P.A.
721 US Highway 1, Suite 201
North Palm Beach, Florida 33408
Telephone: (561) 822-3446
Facsimile: (305) 574-0132

*/s/ Darren Newhart*
J. DENNIS CARD, JR., ESQ.
Fla Bar No.: 0487473
dennis@cloorg.com
DARREN R. NEWHART, ESQ.
Fla. Bar No.: 0115546
darren@cloorg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

*/s/ Jordan A. Shaw*
JORDAN A. SHAW, ESQ.